# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-CR-00328-KJD-NJK |
| v. | **ORDER** |
| JENNIFER PESKETT, | |
| Defendant. | |

Presently before the Court is Plaintiff's Objection (#82) to Magistrate Nancy J. Kope's Order (#77) on Defendant's Motion for a Bill of Particulars (#60). Defendants filed a response in opposition (#86). Objections to the magistrate judge's Order (#77) were filed pursuant to Local Rule IB 3-1 of the Local Rules of Practice of the United States District Court for the District of Nevada.

Plaintiff is required to demonstrate that the magistrate judge's ruling is clearly erroneous or contrary to law. The Court finds that the magistrate's Order (#77) is neither clearly erroneous nor contrary to law. See 28 U.S.C. § 636(b)(1)(A); LR IB 3-1. This Court does not have a definite and firm conviction that a mistake has been made.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Objection (#82) is **DENIED**;

**IT IS FURTHER ORDERED** that the magistrate judge's Order (#77) is **AFFIRMED**.

DATED this 1st day of September 2015.

_____
Kent J. Dawson
United States District Judge