RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Jennifer Peskett

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JENNIFER PESKETT,<br><br>         Defendant. | Case No. 2:14-cr-328-KJD-NJK<br><br>**ORDER GRANTING<br>MOTION TO SET DEADLINE FOR<br>BILL OF PARTICULARS** |

Certification: This Motion is timely filed.

Comes now the defendant, Jennifer Peskett, by and through her counsel of record, MONIQUE KIRTLEY, Assistant Federal Public Defender, and hereby moves this court for an order setting a maximum two-week deadline for the government to produce a bill of particulars.

On May 12, 2015, the magistrate court ordered the government to produce a bill of particulars. (CR # 77.) The magistrate's order directed the government to produce the bill of particulars by May 26, 2015, two weeks after the magistrate signed the order. (Id.) The government requested the district court review the order, so it did not provide a bill of particulars.

///

///

1    On September 2, 2015, this Court affirmed the magistrate court's order.  (CR # 92.)
2 This Court's order affirming the magistrate's order did not set a deadline.  (Id.)  Almost four
3 weeks have passed since this Court issued its order, and to date, the government has not
4 provided a bill of particulars.  Therefore, Ms. Peskett respectfully requests this Court issue order
5 setting a maximum two-week deadline by which the government must provide a bill of
6 particulars.

    DATED this 29th day of September, 2015.

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                    By:  /s/Monique Kirtley
                                        MONIQUE KIRTLEY
                                        Assistant Federal Public Defender
                                        Attorney for Jennifer Peskett

The bill of particulars shall be provided no later than October 13, 2015.  IT IS SO ORDERED.
Dated:  September 30, 2015

_____
United States Magistrate Judge

2