# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

JENNIFER PESKETT,

    Defendant.

Case No. 2:14-cr-0328-KJD-NJK

ORDER to Unseal and Quash Arrest Warrant

This matter coming before the Court on the Government's Motion to Unseal and Quash the Arrest Warrant, the Court having considered the premises therein and good cause showing, the Motion is GRANTED.

It is therefore ORDERED that the matter is unsealed and the arrest warrant as to Jennifer Peskett is quashed.

DATED this 23rd day of January, 2026

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1